# UNITED STATES DISTRICT COURT
for the

District of <u>New Jersey</u>

| | |
|---|---|
| United States of America<br>v.<br>Joseph Wash<br>Date of Previous Judgment: January 6, 2004<br>(Use Date of Last Amended Judgment if Applicable) | Case No: 03-505<br>USM No: 25306-050<br>Chester M. Keller<br>Defendant's Attorney |

*Amended* Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70__ months **is reduced to** __time served__ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 35               Amended Offense Level: 33
Criminal History Category: II            Criminal History Category: II
Previous Guideline Range: 188 to 235 months    Amended Guideline Range: 151 to 188 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __1/6/04__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __MAY 14, 2008__

Judge's signature: Jose L. Linares, U.S.D.J.
Printed name and title

Effective Date: _____
(if different from order date)